ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. | NO. C 08 0135 WDB |
| Plaintiff, | MOTION FOR ENTRY OF DEFAULT |
| vs. | |
| BAYVIEW ROCK, a California Limited Liability Company | |
| Defendant. | |

To the Clerk of the United States District Court for the Northern District of California:

You will please enter the default of defendant, BAYVIEW ROCK, a California Limited Liability Company, for failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

Dated: March 17, 2008                                    ERSKINE & TULLEY


                                                By:    /s/ Michael J. Carroll
                                                       MICHAEL J. CARROLL
                                                       Attorney for Plaintiff

**MOTION FOR ENTRY OF DEFAULT**                                    1