```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) | NO. C 08 0135 WDB |
| ) | |
| Plaintiff, ) | PROPOSED NOTICE OF ENTRY |
| ) | OF DEFAULT |
| vs. ) | |
| ) | |
| BAYVIEW ROCK, a California Limited Liability ) | |
| Company, ) | |
| ) | |
| Defendant.. ) | |
| ) | |

IT IS HEREBY NOTICED that the default of defendant, BAYVIEW ROCK, a California Limited Liability Company,  has been entered by the Clerk of the Court on _____.

Date:_____                    Richard W. Wieking, Clerk


                                        By: _____
                                             Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**                    1