**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

March 18, 2008

RE:  CV 08-00135 WDB        NORTHWEST ADMINISTRATORS INC.-v- BAYVIEW ROCK

Default is entered as to defendant, Bayview Rock on March 18, 2008.

RICHARD W. WIEKING, Clerk

/s/

by Cynthia Lenahan  
Case Systems Administrator

NDC TR-4  Rev. 3/89