```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> BAYVIEW ROCK, a California Limited ) <br> Liability Company ) <br> ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  C 08 0135 WDB <br><br> EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiff, NORTHWEST ADMINISTRATORS, INC., hereby applies ex parte for an order to continue the Case Management Conference from April 17, 2008 to July 17, 2008.

This ex parte application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

Dated:   April 9, 2008

                                      Respectfully submitted,

                                      ERSKINE & TULLEY

                                      By:/s/ Michael J. Carroll
                                            Michael J. Carroll
                                            Attorneys for Plaintiff