ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC. | ) | NO.  C 08 0135 WDB |
| | ) | |
| Plaintiffs, | ) | ORDER TO CONTINUE CASE |
| | ) | MANAGEMENT CONFERENCE |
| vs. | ) | |
| | ) | |
| BAYVIEW ROCK, a California Limited | ) | |
| Liability Company | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        IT IS ORDERED that the Case Management Conference in this

case set for April 17, 2008 continued to July 17, 2008 at 4:00 p.m.

in Courtroom 4, 1301 Clay Street, Oakland, CA 94612

Dated:_____

                              _____
                              Honorable Wayne D. Brazil

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE