1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. | NO.  C 08 0135 WDB |
| Plaintiffs, | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| BAYVIEW ROCK, a California Limited Liability Company | |
| Defendant. | |

IT IS ORDERED that the Case Management Conference in this case set for April 17, 2008, is continued to ~~July 17~~ August 7, 2008 at 4:00 p.m. in Courtroom 4, 1301 Clay Street, Oakland, CA 94612

Dated: 4-9-08

_/s/ Wayne D. Brazil_
Honorable Wayne D. Brazil

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE