1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) | NO.  C 08 0135 WDB |
| ) | |
| Plaintiffs, ) | ORDER TO CONTINUE CASE |
| ) | MANAGEMENT CONFERENCE |
| vs. ) | |
| ) | |
| BAYVIEW ROCK, a California Limited ) | |
| Liability Company ) | |
| ) | |
| Defendant. ) | |

   IT IS ORDERED that the Case Management Conference in this
case set for April 17, 2008 is continued to ~~July 17~~ August 7, 2008 at 4:00 p.m.
in Courtroom 4, 1301 Clay Street, Oakland, CA 94612

Dated: 4-9-08

_____
Honorable Wayne D. Brazil

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE