```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,  )<br>                                 )<br>                Plaintiff,        )<br>                                 )<br>     vs.                         )<br>                                 )<br>BAYVIEW ROCK, a California Limited )<br>Liability Company                )<br>                                 )<br>                Defendant.       )<br>_____) | NO.  C 08 0135 WDB<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for August 7, 2008 at 4:00 p.m. in Courtroom No. 4, 1301 Clay Street, Oakland, CA 94612.

Dated: June 11, 2008                    ERSKINE & TULLEY

                                        By: /s/ Michael J. Carroll
                                            Michael J. Carroll
                                            Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On June 11, 2008 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Bayview Rock, LLC.**
**1485 Bayshore Blvd. Ste#71**
**San Francisco, CA 94124**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2008 at San Francisco, California.

Sharon Eastman